IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LISA EDWARDS**                                                                                      **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.:** 1:23cv32 HSO-BWR

**ELLIS LAW FIRM, PLLC, and**
**DIANE HERMAN ELLIS**                                                                    **DEFENDANTS**

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

COMES NOW, Plaintiff, Lisa Edwards, by and through his attorney Ben U. Bowden, Esq. of BEN BOWDEN, PC, and files this her Complaint, and would show unto this Honorable Court as follows, to wit:

**PARTIES**

1. Plaintiff, Lisa Edwards, is an adult resident citizen of the State of Mississippi, residing in Harrison County Mississippi.

2. Defendant, Ellis Law Firm, PLLC, is a corporation organized and existing under the laws of the State of Mississippi and may be served with process upon its registered agent, Evan D. Ellis, at 1918 23rd Ave Gulfport, MS 39501, or the address found on Secretary of State website 1145 Robinson St., Ocean Springs, MS 39564.

3. Defendants, Diane Herman Ellis, is an adult resident citizen of the State of Mississippi, residing in Harrison County Mississippi may be served with process at 1918 23rd Ave Gulfport, MS 39501, or the address found on the Secretary of State website 1145 Robinson St., Ocean Springs, MS 39564.

## JURISDICTION

4. This Court has jurisdiction to hear this complaint and to adjudicate the claims stated herein pursuant to *28 U.S.C., § 1331*, as this action is brought under the *Fair Labor Standards Act, 29 U.S.C., § 201 et seq. (" FLSA")*. The venue is proper because a substantial part of the events or omissions giving rise to this claim occurred in this district and the defendant is subject to personal jurisdiction in Mississippi.

## BACKGROUND

5. At This is a simple failure to pay hours worked case. The defendants employed the plaintiff herein as a legal secretary/assistant. During the plaintiff's course of employment with the defendants, the defendants failed and willfully refused to pay the plaintiff for hours worked. The plaintiff filed a complaint before the United States Department of Labor, Wage and Hour Division. Investigator Hazel Kay Reeves calculated that the defendants failed to pay the plaintiff for 269.2 hours worked by the plaintiff.

See calculations by investigator Reeves attached hereto as Exhibit "A". Attempting to resolve this matter, the investigator contacted the defendants, however, the defendants were wholly unwilling to pay what they knew they owed the plaintiff.

6. The plaintiff was not an exempt employee under the FLSA because she did not meet the administrative status test or the salary/wage test.

7. The defendants' failure to pay the plaintiff her earned wages violated the provisions of the FLSA. As a result of these unlawful practices, the plaintiff has suffered a loss of wages.

8. Further, the defendants showed willful and reckless disregard for the fact that its failure to pay the plaintiff her earned wages violated of the law, despite repeated requests from the plaintiff and the investigator of the United States Department of Labor, Wage and Hour Division.

## PRAYER FOR RELIEF

9. WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment of and from Defendants in an amount to be determined at trial on the merits, plus interest at the legal rate, and cost of this action, including, but not limited to the following damages:

    a. judgment against the defendants for the sum of wages they failed to

pay the plaintiff;

b. a judgment against the defendants ruling that their violations of the FLSA were willful;

c. liquidated damages pursuant to the FLSA;

d. prejudgment interest;

e. all costs and attorney fees for the prosecution of this claim;

f. leave to amend this complaint to add claims under applicable laws; and

g. for such other and further relief as the court deems just and equitable.

*RESPECTFULLY SUBMITTED*, this the 8th day of February, 2023.

                                PLAINTIFF

BY:   *s/ Benjamin U. Bowden*
BENJAMIN U. BOWDEN (MSB 3733)
BEN BOWDEN, PC
BridgeWater Commons, Suite 204-B
8927 Lorraine Road
Gulfport, Mississippi 39503
Telephone: (228) 896-5652
Facsimile: (228) 896-5689
Email: bowden@benbowdenlaw.com
Cc:   srodgers@benbowdenlaw.com