IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **LISA EDWARDS** | **PLAINTIFF** |
| v. | CAUSE NO. 1:23-cv-32-LG-BWR |
| **ELLIS LAW FIRM, PLLC and DIANE HERMAN ELLIS** | **DEFENDANTS** |
| **ELLIS LAW FIRM, PLLC** | **COUNTER-PLAINTIFF** |
| v. | |
| **LISA EDWARDS** | **COUNTER-DEFENDANT** |

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge